

ESTRELLA LLC
ATTORNEYS & COUNSELORS
PO BOX 9023596
San Juan, PR 00902
Tel 787.977.5050
Fax 787.977.5090

| Total Atty Fees: | $34,260.00 |
|---|---|
| Paid Retainer: | $18,000.00 |
| Pending: | $16,260.00 |
| Total Expenses: | $1,717.00 |
| Paid: | $1,717.00 |
| Pending: | $16,260.00 |

| Client Code | Legal Credit Solutions |
|---|---|
| Matter Code | Bankruptcy |

Fees

| Date | Timekeeper | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/2016 | PJH | Draft and file chapter 11 emergency petition (Form 101). | 1.00 | 200.00 | $200.00 |
| 05/05/2016 | PJH | Clarify all requirements of debtor in possession under the bankruptcy code. | 2.40 | 200.00 | $480.00 |
| 05/05/2016 | PJH | Meeting with client to gather all required information needed for filing of chapter 11 emergency petition. Clarify all requirements of debtor in possession under the bankruptcy code. | 9.00 | 200.00 | $1,800.00 |
| 05/06/2016 | PJH | Draft and file chapter 11 emergency petition (Corporate Resolution). | 0.50 | 200.00 | $100.00 |
| 05/06/2016 | PJH | Draft chapter 11 emergency petition (Schedule H). | 0.50 | 200.00 | $100.00 |
| 05/06/2016 | PJH | Draft and file chapter 11 emergency petition's required notification to creditors and parties in interest. | 0.50 | 200.00 | $100.00 |
| 05/06/2016 | PJH | Several communications via phone and in writing to Hacienda attorney in charge Martha Acevedo notifying of chapter 11 emergency petition filing and advising to not publish client on non-compliant list. | 0.50 | 200.00 | $100.00 |
| 05/06/2016 | PJH | Draft and file chapter 11 emergency petition (Schedule E). | 1.50 | 200.00 | $300.00 |
| 05/06/2016 | PJH | Draft and file chapter 11 emergency petition (Schedule D). | 1.50 | 200.00 | $300.00 |
| 05/06/2016 | PJH | Draft and file chapter 11 emergency petition (Schedule G). | 0.50 | 200.00 | $100.00 |
| 05/06/2016 | PJH | Draft and file chapter 11 emergency petition (Schedule F). | 1.50 | 200.00 | $300.00 |
| 05/09/2016 | PJH | Several communications via phone with VIG attorney Fernandez notifying of chapter 11 emergency petition filing, intent to reject lease and debtor's move to other location in Metro Office Park. | 0.50 | 200.00 | $100.00 |
| 05/09/2016 | PJH | Email communication to collection agency Caine and Weiner notifying of chapter 11 emergency petition filing and effect of Automatic Stay. | 0.20 | 200.00 | $40.00 |
| 05/10/2016 | PJH | Draft and file application to employ debtor's counsel with all required attachments. | 1.50 | 200.00 | $300.00 |
| 05/10/2016 | PJH | Draft and file motion for extension of time to file completed chapter 11 petition, schedules and forms. | 1.50 | 200.00 | $300.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/10/2016 | PJH | Review court order setting government creditor bar date for November 7, 2016. | 0.20 | 200.00 | $40.00 |
| 05/10/2016 | PJH | Review court order setting Initial Interview meeting with Trustee for June 3, 2016. | 0.20 | 200.00 | $40.00 |
| 05/10/2016 | PJH | Review court order setting 341 creditor's meeting for June 13, 2016. | 0.20 | 200.00 | $40.00 |
| 05/10/2016 | PJH | Review court order setting general creditor bar date for September 12, 2016. | 0.20 | 200.00 | $40.00 |
| 05/10/2016 | PJH | Review court order setting initial status conference for August 10, 2016. | 0.20 | 200.00 | $40.00 |
| 05/10/2016 | PJH | Telephone conference with client regarding first day motions, retention of needed accounting support to rectify financial statements.. | 1.80 | 200.00 | $360.00 |
| 05/11/2016 | PJH | Several communications via phone and email with accountant Jose Monge regarding accounting support needed in matter and exchanging pertinent information and documentation in this regard. | 0.50 | 200.00 | $100.00 |
| 05/11/2016 | PJH | Draft and file motion for rejection of lease with VIG. | 2.00 | 200.00 | $400.00 |
| 05/13/2016 | PJH | Draft and file urgent motion for authorization to continue use of pre-petition bank account - detailed proposed order. | 1.50 | 200.00 | $300.00 |
| 05/13/2016 | PJH | Draft and file urgent motion for authorization to continued use of pre-petition bank accounts and cash management system for 45 days. | 4.20 | 200.00 | $840.00 |
| 05/16/2016 | PJH | Review proof of claim and attachments in support of secured creditor IRS in continued formulation of reorganization strategy. | 0.60 | 200.00 | $120.00 |
| 05/16/2016 | PJH | Review court order granting motion for extension of time to file completed chapter 11 petition, schedules and forms. | 0.20 | 200.00 | $40.00 |
| 05/17/2016 | PJH | Preparation, gathering, organization and submittal of voluminous Initial Interview Packet. | 3.80 | 200.00 | $760.00 |
| 05/19/2016 | PJH | Draft and file chapter 11 completed petition (all required Schedules). | 3.00 | 200.00 | $600.00 |
| 05/19/2016 | PJH | Draft and file chapter 11 completed petition (Statement of Financial Affairs). | 1.90 | 200.00 | $380.00 |
| 05/19/2016 | PJH | Several communications via phone and in writing to Scotiabank attorney Gustavo Chico coordinating the closing of pre petition account. | 0.40 | 200.00 | $80.00 |
| 05/19/2016 | PJH | Review proof of claim and attachments in support of unsecured creditor ICORP Puerto Rico, Inc. in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 05/19/2016 | PJH | Meeting with client and with accountant Jose Monge confirming his retention for accounting support needed in matter and discussing overall case strategy in regards to over due fax returns and auditing. | 4.50 | 200.00 | $900.00 |
| 05/20/2016 | PJH | Several communications via phone and in writing to Banco Popular attorney Eduardo Veray regarding urgent need for client's use of current bank account, pending motion as to same, alternative to resolve said issue in most cost effective way for estate of creditors and estate and coordinating the closing and opening of pre and post petition accounts. | 1.00 | 200.00 | $200.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/23/2016 | PJH | Several communications in writing and via phone with executory lease contract party Metro Office Leasing, Inc.'s managing director Rosi Alonso regarding intention to assume contract and provide adequate protection in due course of bankruptcy proceedings. | 1.70 | 200.00 | $340.00 |
| 05/23/2016 | PJH | Draft and file chapter 11 completed petition (Property Schedule B). | 1.50 | 200.00 | $300.00 |
| 05/23/2016 | PJH | Draft and file chapter 11 completed petition (Property Schedule A). | 1.50 | 200.00 | $300.00 |
| 05/24/2016 | PJH | Review court order granting urgent motion for authorization to continue use of pre-petition bank account. | 0.20 | 200.00 | $40.00 |
| 05/25/2016 | PJH | Final meeting with client confirming accuracy of Initial Interview Packet and completed Schedules and Statement of Financial Affairs and obtaining client's signature on both. | 5.00 | 200.00 | $1,000.00 |
| 05/26/2016 | PJH | Several communications with counsel for Banco Popular, Eduardo Veray, coordinating joint urgent motion. | 0.50 | 200.00 | $100.00 |
| 05/26/2016 | PJH | Review court order granting joint urgent motion. | 0.20 | 200.00 | $40.00 |
| 05/26/2016 | PJH | Draft and file joint urgent motion with Banco Popular to authorize the continued use of web cash management, ACH services and for the continued processing of bank fees during 45 day transition period. | 1.50 | 200.00 | $300.00 |
| 05/27/2016 | PJH | Draft and file motion for assumption of executory contracts (leases with Metro Office Leasing, CSI, Acrecent and De Lage Landen). | 2.00 | 200.00 | $400.00 |
| 05/30/2016 | PJH | Review proofs of claim and attachments in support of unsecured creditor Oriental in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 06/03/2016 | PJH | Telephone conference with executory lease contract party Metro Office Leasing, Inc.'s building administrator Maria Hermida regarding intention to assume contract and provide adequate protection in due course of bankruptcy proceedings. | 0.50 | 200.00 | $100.00 |
| 06/03/2016 | PJH | Review proofs of claim and attachments in support of unsecured creditor Popular Auto in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 06/03/2016 | PJH | Attend and participate in Initial Interview with U.S. Trustee. | 4.00 | 200.00 | $800.00 |
| 06/06/2016 | PJH | Review proof of claim and attachments in support of unsecured creditor Vinas Law Office, LLC in continued formulation of reorganization strategy. | 0.40 | 200.00 | $80.00 |
| 06/08/2016 | PJH | Meeting with client and CPA Jose Monge regarding formulation of financial projections which provide adequate protection to executory lease contract party Metro Office Leasing, Inc. in assuming said contract. | 5.60 | 200.00 | $1,120.00 |
| 06/08/2016 | PJH | Review proof of claim and attachments in support of unsecured creditor CRIM in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/2016 | PJH | Telephone conference with special corporate counsel, Pedro M. Ortiz-Bey, and client regarding corporate services needed, bankruptcy requirements in relation to special counsel, and coordination of same going forward. | 0.50 | 200.00 | $100.00 |
| 06/09/2016 | PJH | Review proof of claim and attachments in support of unsecured creditor BMW in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 06/09/2016 | PJH | Meeting with client in preparation for 341 Creditor's meeting with U.S. Trustee and counsel for various creditors. | 4.00 | 200.00 | $800.00 |
| 06/13/2016 | PJH | Attend and participate in 341 Creditor's meeting with U.S. Trustee and counsel for various creditors. | 3.50 | 200.00 | $700.00 |
| 06/14/2016 | PJH | Review official minutes of 341 Creditor's meeting in preparation to take corrective measures outlined therein. | 0.50 | 200.00 | $100.00 |
| 06/14/2016 | PJH | Draft and file motion submitting evidence of closing of pre-petition bank accounts and opening of post-petition bank accounts as requested by U.S. Trustee at 341 creditor's meeting. | 1.00 | 200.00 | $200.00 |
| 06/14/2016 | PJH | Draft and file amended schedules and statement of financial affairs in accordance with edits requested by U.S. Trustee at 341 creditor's meeting. | 3.00 | 200.00 | $600.00 |
| 06/14/2016 | PJH | Telephone conference with counsel for creditor Software One, Isabel Rodriguez, regarding case status. | 0.20 | 200.00 | $40.00 |
| 06/15/2016 | PJH | Review court order granting application to employ debtor's counsel. | 0.20 | 200.00 | $40.00 |
| 06/15/2016 | PJH | Review proof of claim and attachments in support of landlord VIG Leasing in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 06/15/2016 | PJH | Telephone conference with U.S. Trustee attorney Jose Diaz, regarding application to employ special corporate counsel Pedro M. Ortiz-Bey as filed. | 0.20 | 200.00 | $40.00 |
| 06/16/2016 | PJH | Several communications via phone and email with crisis management public relations expert, Jorge Marchand, regarding need to provide services to protect image and reputation of debtor due to nature of debtor's business and importance of same. | 0.50 | 200.00 | $100.00 |
| 06/16/2016 | PJH | Telephone conference with client regarding the urgent need to keep Banco Popular operational account open only for processing of credit card payments due to issue with service provider Global and factors which make the prcessing of these payments in other post-petition operational account opened with Banco Santander onerous and unfeasible. | 0.30 | 200.00 | $60.00 |
| 06/16/2016 | PJH | Several communications with newly appearing VIG attorney Jaime Rodriguez regarding case status, intent to reject lease, debtor's move to other location in Metro Office Park and issues related to fixtures owned by debtor on the premises. | 2.00 | 200.00 | $400.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/16/2016 | PJH | Meeting with Banco Popular attorney, Eduardo Veray, regarding issues related to joint motion to authorize the continued use of web cash management, ACH services and for the continued processing of bank fees during 45 day transition period, and the need to keep operational account open only for processing of credit card payments. | 3.00 | 200.00 | $600.00 |
| 06/16/2016 | PJH | Draft and file urgent motion to keep Banco Popular operational account open only for processing of credit card payments due to issue with service provider Global and factors which make the prcessing of these payments in other post-petition operational account opened with Banco Santander onerous and unfeasible. | 4.70 | 200.00 | $940.00 |
| 06/17/2016 | PJH | Review court order granting urgent motion to keep Banco Popular operational account open only for processing of credit card payments. | 0.30 | 200.00 | $60.00 |
| 06/17/2016 | PJH | Review amended proof of claim and attachments in support of secured creditor IRS in continued formulation of reorganization strategy. | 1.70 | 200.00 | $340.00 |
| 06/22/2016 | PJH | Review proof of claim and attachments in support of secured creditor Acrecent in continued formulation of reorganization strategy. | 0.50 | 200.00 | $100.00 |
| 06/22/2016 | PJH | Meeting with client and CPA Jose Monge regarding formulation of chapter 11 plan and disclosure statement and potential to/alternatives in regards to acquiring third party financing to increase feasibilty. | 4.20 | 200.00 | $840.00 |
| 06/22/2016 | PJH | Review court order granting motion for extension of time to file monthly operating report and submit filed 2013 tax return. | 0.20 | 200.00 | $40.00 |
| 06/22/2016 | PJH | Draft and file motion for extension of time to file monthly operating report and submit filed 2013 tax return. | 1.50 | 200.00 | $300.00 |
| 06/22/2016 | PJH | Telephone conference with debtor's previous auditor and accountant, Jorge Aquino, regarding need for him to provide copies of various documents needed for debtor to be able to file 2013 tax return. | 0.30 | 200.00 | $60.00 |
| 06/23/2016 | PJH | Review court order approving application to employ accountant Jose Monge. | 0.20 | 200.00 | $40.00 |
| 06/24/2016 | PJH | Review proof of claim and attachments in support of unsecured creditor American Express in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 06/24/2016 | PJH | Review proof of claim and attachments in support of unsecured creditor Municipality of San Juan in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 06/27/2016 | PJH | Draft and file urgent motion for authorization to continued use of pre-petition bank accounts and cash management system for additional 30 days in light of recent developments in case as to Banco Santander. | 2.70 | 200.00 | $540.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/27/2016 | PJH | Review court order granting urgent motion for authorization to continued use of pre-petition bank accounts and cash management system for additional 30 days in light of recent developments in case as to Banco Santander. | 0.20 | 200.00 | $40.00 |
| 06/27/2016 | PJH | Meeting with Banco Santander executive, Lorna Toledo, regarding issues related to ACH services for new post-petition bank account and decision to not provide same to debtor. | 2.60 | 200.00 | $520.00 |
| 06/27/2016 | PJH | Drafting of summary to executive team of Open Mobile outlining parameters of proposed member servicing agreement with debtor. | 3.70 | 200.00 | $740.00 |
| 06/29/2016 | PJH | Review of all pertinent documentation regarding estate funds being withheld by interested parties Acrecent, Avaya and Softtech, in preparation to take necessary measures to pursue collection of same. | 0.50 | 200.00 | $100.00 |
| 06/29/2016 | PJH | Draft collection letter regarding $6,500.00 in estate funds (returnable deposit as to pre-petition loan that was paid off long before Petition Date) being withheld by interested party Acrecent in violation of automatic stay. | 1.10 | 200.00 | $220.00 |
| 07/08/2016 | PJH | Follow up telephone conference with executory lease contract party Metro Office Leasing, Inc.'s building administrator Maria Hermida regarding intention to assume contract and provide adequate protection in due course of bankruptcy proceedings. | 0.30 | 200.00 | $60.00 |
| 07/08/2016 | PJH | Phone conference with client regarding status of overdue May 2016 Monthly Operating Report and importance of providing the same immediately. | 0.30 | 200.00 | $60.00 |
| 07/08/2016 | PJH | Draft and file informative motion regarding status of overdue May 2016 Monthly Operating Report and intent to file same within 5 days. | 1.00 | 200.00 | $200.00 |
| 07/08/2016 | PJH | Draft and file motion submitting 2015 local tax return. | 1.00 | 200.00 | $200.00 |
| 07/08/2016 | PJH | Review court order noting informative motion regarding status of overdue May 2016 Monthly Operating Report and intent to file same within 5 days. | 0.20 | 200.00 | $40.00 |
| 07/12/2016 | PJH | Review of May 2016 monthly operating report and attachments to ensure familiarity and accurateness of same prior to filing. | 0.40 | 200.00 | $80.00 |
| 07/12/2016 | PJH | Filing of May 2016 monthly operating report and attachments. | 0.20 | 200.00 | $40.00 |
| 07/12/2016 | PJH | Review proof of claim and attachments in support of unsecured creditor Ramon Calderon Garcia in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 07/13/2016 | PJH | Review proof of claim and attachments in support of creditor Claro in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/14/2016 | PJH | Telephone conference with counsel for Banco Popular, Eduardo Veray, regarding status of closing and opening of pre and post petition bank accounts and issues related to debit card services provided to chapter 11 corporat e debtors. | 0.50 | 200.00 | $100.00 |
| 07/18/2016 | PJH | Review motion filed by Banco Popular informing that it does not consent to any additional extension of time for the use of ACH related services. | 0.40 | 200.00 | $80.00 |
| 07/19/2016 | PJH | Draft and file motion for extension of time to file monthly operating report for June 2016, as requested by client. | 0.50 | 200.00 | $100.00 |
| 07/19/2016 | PJH | Draft and file motion for extension of time to file monthly operating report for June 2016, as requested by client. | 0.00 | 0.00 | $0.00 |
| 07/19/2016 | PJH | Draft letter to attorney for plaintiff Zuley Colon in post-petition civil complaint for unjustified termination damages, Denise Rosa, advising her of bankruptcy proceedings and protections of Automatic Stay and to cease and desist further litigation of claim. | 0.30 | 200.00 | $60.00 |
| 07/19/2016 | PJH | Phone conference with client regarding status of opening of post-petition accounts and reorganization options available in regards to $50,000 cash collateral previosuly used as collateral for ACH bank services. | 0.30 | 200.00 | $60.00 |
| 07/19/2016 | PJH | Review of post-petition civil complaint for unjustified termination damages filed by plaintiff Zuley Colon in preparation to advise her of bankruptcy proceedings and protections of Automatic Stay. | 0.20 | 200.00 | $40.00 |
| 07/20/2016 | PJH | Meeting with analyst for secured creditor, Internal Revenue Services, Daisy Montanez, to discuss urgent need for authorization to use $50,000 in cash collateral emcumbered by said creditor in order to complete processing of post-petition bank account and corresponding ACH services. | 2.50 | 200.00 | $500.00 |
| 07/20/2016 | PJH | Draft and file urgent motion for authorization to use $50,000 in cash collateral emcumbered by Internal Revenue Services in order to complete processing of post-petition bank account and corresponding ACH services. | 3.00 | 200.00 | $600.00 |
| 07/21/2016 | PJH | Review court order granting motion for extension of time to file monthly operating report for June 2016. | 0.20 | 200.00 | $40.00 |
| 08/01/2016 | PJH | Meeting with appearing bankruptcy counsel for leasor VIG Leasing, Jaime Rodriguez, regarding status of move to new facilities in Metro Office Park and rejection of current ongoing lease. | 3.20 | 200.00 | $640.00 |
| 08/01/2016 | PJH | Review legal and factual arguments asserted in motion for expedited order of return of property and eviction filed by leasor VIG Tower, in preparation to take responsive action. | 1.50 | 200.00 | $300.00 |
| 08/01/2016 | PJH | Review proof of claim and attachments in support of creditor CSI Leasing in continued formulation of reorganization strategy. | 0.30 | 200.00 | $60.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2016 | PJH | As requested by client, draft legal memorandum setting out parameters of negotiations for move from leased VIG premises as per controlling bankruptcy caselaw and puerto rico civil code regulations. | 5.30 | 200.00 | $1,060.00 |
| 08/01/2016 | MA | Conduct research on duties and obligations of chapter 11 debtor with regards to fixtures and removable property. | 2.50 | 200.00 | $500.00 |
| 08/02/2016 | PJH | Draft and file required status conference report in anticipation of hearing for August 10, 2016. | 3.40 | 200.00 | $680.00 |
| 08/03/2016 | PJH | Review court order granting urgent motion for authorization to use $50,000 in cash collateral emcumbered by Internal Revenue Services in order to complete processing of post-petition bank account and corresponding ACH services. | 0.20 | 200.00 | $40.00 |
| 08/03/2016 | PJH | Telephone conference with Banco Popular attorney Dagmar Fernandez regarding final transfer of $50,000 in cash collateral and administrative issues in regards to closing of pre-petition bank account to include in urgent joint stipulation to be filed. | 0.70 | 200.00 | $140.00 |
| 08/03/2016 | PJH | Review court order noting urgent joint stipulation with Banco Popular. | 0.20 | 200.00 | $40.00 |
| 08/03/2016 | PJH | Draft and file urgent joint stipulation with Banco Popular attorney Dagmar Fernandez regarding final transfer of $50,000 in cash collateral and administrative issues in regards to closing of pre-petition bank account. | 2.30 | 200.00 | $460.00 |
| 08/04/2016 | PJH | Review proof of claim and attachments in support of unsecured creditor Yelixa Betancourt Rodriguez in continued formulation of reorganization strategy. | 0.20 | 200.00 | $40.00 |
| 08/05/2016 | PJH | Filing of June 2016 monthly operating report and attachments. | 0.20 | 200.00 | $40.00 |
| 08/05/2016 | PJH | Review of June 2016 monthly operating report and attachments to ensure familiarity and accurateness of same prior to filing. | 0.60 | 200.00 | $120.00 |
| 08/08/2016 | PJH | Draft and file opposition to motion for expedited order of return of property and eviction filed by leasor VIG Tower. | 2.80 | 200.00 | $560.00 |
| 08/10/2016 | PJH | Review court order requiring payment of first quarter of U.S. Trustee's fees within 7 days. | 0.20 | 200.00 | $40.00 |
| 08/10/2016 | PJH | Review court order requiring submittal of evidence of closing of final Banco Popular and Scotiabank pre-petition accounts within 7 days. | 0.20 | 200.00 | $40.00 |
| 08/10/2016 | PJH | Review VIG's motion for allowance of administrative rent expenses accumulated since filing of petition to determine if any responsive action is necessary. | 0.50 | 200.00 | $100.00 |
| 08/10/2016 | PJH | Review court order requiring cause to be shown as to why cause should not be dismissed due to monthly operating report of June 2016 being filed late. | 0.20 | 200.00 | $40.00 |
| 08/10/2016 | PJH | Draft and file motion to show cause to why cause should not be dismissed due to monthly operating report of June 2016 being filed late in compliance with court order. | 0.80 | 200.00 | $160.00 |
| 08/10/2016 | PJH | Attend initial status conference. | 1.50 | 200.00 | $300.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/19/2016 | PJH | Review court order holding that cause has been shown as to why cause should not be dismissed due to monthly operating report of June 2016 being filed late. | 0.20 | 200.00 | $40.00 |
| 08/19/2016 | PJH | Review and submit to U.S. Trustee evidence that final pre-petition banco popular account has been closed. | 0.20 | 200.00 | $40.00 |
| 08/19/2016 | PJH | Review proof of claim and attachments in support of creditor De Lage Landen Financial in continued formulation of reorganization strategy. | 0.30 | 200.00 | $60.00 |
| 08/19/2016 | PJH | Review court minutes of initial status conference. | 0.30 | 200.00 | $60.00 |
| 08/19/2016 | PJH | Review court order setting due date for filing of Chapter 11 Plan and Disclosure Statement for November 8, 2016. | 0.20 | 200.00 | $40.00 |
| 08/19/2016 | PJH | Review court order requiring the submittal of evidence to the U.S. Trustee that final pre-petition banco popular and scotiabank accounts have been closed by no later than August 17, 2016. | 0.20 | 200.00 | $40.00 |
| 08/19/2016 | PJH | Review court order noting filing of initial status conference memorandum. | 0.20 | 200.00 | $40.00 |
| 08/19/2016 | PJH | Review and submit to U.S. Trustee evidence that final pre-petition scotiabank account has been closed. | 0.20 | 200.00 | $40.00 |
| 08/19/2016 | PJH | Review proof of claim and attachments in support of creditor Aquino, De Cordova & Alfaro in continued formulation of reorganization strategy. | 0.30 | 200.00 | $60.00 |
| 08/22/2016 | PJH | Review amended proof of claim filed by VIG to take into account proper amount of post-petition arrears as alluded to in motion for administrative priority. | 0.30 | 200.00 | $60.00 |
| 08/22/2016 | PJH | Meeting with internal counsel for leasor VIG Leasing, Ricardo Fernandez, coordinating move to new facilities in Metro Office Park and corresponding stipulation to be prepared in settlement of post-petition administrative rent debt owed and credit in exchange for certain property of debtor located on leased premises. | 2.00 | 200.00 | $400.00 |
| 08/23/2016 | PJH | Draft joint stipulation in settlement of post-petition administrative rent debt owed to VIG and credit in exchange for certain property of debtor located on leased premises. | 4.70 | 200.00 | $940.00 |
| 08/24/2016 | PJH | Filing of July 2016 monthly operating report and attachments. | 0.20 | 200.00 | $40.00 |
| 08/24/2016 | PJH | Review of July 2016 monthly operating report and attachments to ensure familiarity and accurateness of same prior to filing. | 0.60 | 200.00 | $120.00 |
| 08/30/2016 | PJH | Review proof of claim and attachments in support of secured creditor State Insurance Fund in continued formulation of reorganization strategy. | 0.30 | 200.00 | $60.00 |
| 08/30/2016 | PJH | Review proof of claim and attachments in support of creditor American Express in continued formulation of reorganization strategy. | 0.30 | 200.00 | $60.00 |
| 08/30/2016 | PJH | Draft application to employ business consultant Teofilo Galloza with all required attachments. | 3.00 | 200.00 | $600.00 |

| Date | | Narrative | | | |
|---|---|---|---|---|---|
| 08/31/2016 | PJH | Review proof of claim and attachments in support of creditor Contactica in continued formulation of reorganization strategy. | 0.30 | 200.00 | $60.00 |
| | | | | | $34,260.00 |

Expenses

| Date | ExpCd | Narrative | | Amount |
|---|---|---|---|---|
| 07/29/2016 | Court Fees | Filing Fee Chapter 11. | | $1,717.00 |
| | | | | $1,717.00 |